UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY NUTTING,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY, et al.,<br><br>    Defendants. | No.  2:16-cv-1235 GEB CKD PS<br><br><br>ORDER |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on September 28, 2016 is defendant El Dorado County's motion to dismiss.  Calendared for hearing on October 5, 2016 is defendants Briggs and Santiago's motion to dismiss.  Plaintiff has requested a continuance of the hearing dates on these motions to late November or early December so as to allow plaintiff sufficient time to file opposition.  Plaintiff asserts that due to the terminal illness of his brother, he has limited time to research and draft an opposition.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 18) is granted in part.

2. The hearing dates of September 28, 2016 and October 5, 2016 are vacated.  Hearing on defendants' motions (ECF Nos. 11, 13) is continued to December 7, 2016 at 10:00 a.m. in courtroom no. 24.

1

3.  Plaintiff shall file opposition, if any, to the motion no later than November 9, 2016. Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

4.  Reply, if any, shall be filed no later than November 16, 2016.

Dated:  September 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 nutting1235.con

2